In the Matter of the Petition of JOHN KENNEDY, to Vacate an Assessment.

(Argued April 14, 1885 ; decided April 21, 1885.)

*D. J. Dean* for appellant.

*Charles E. Miller* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.